# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2170.  HEARD v. THE STATE.**

On March 16, 2012, Eric T. Heard was convicted of felony murder, and his appeal of that conviction was docketed in this Court on August 1, 2014. However, the Supreme Court of Georgia has directed that all appeals in murder cases shall be reviewed by that Court. *See Neal v. State*, 290 Ga. 563 (722 SE2d 765) (2012); Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Accordingly, this appeal is hereby transferred to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/07/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*